◼ In the Matter of KEITH SNARE, Petitioner, v CAPTAIN BERTONE, as Corrections Captain, Shawangunk Correctional Facility, Respondent. [29 NYS3d 835]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Superintendent of Shawangunk Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Garry, Rose and Mulvey, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.